# Court of Appeals
# of the State of Georgia

ATLANTA,  April 10, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1643.  CONFESOR CHAPARRO v. THE STATE.**

In 2004, a jury found Confesor Chaparro guilty of four counts of aggravated child molestation, and the trial court imposed a total sentence of 30 years in prison, to be followed by 20 years on probation.  We affirmed his judgment of conviction on direct appeal.  *Chaparro v. State*, 279 Ga. App. 145 (630 SE2d 645) (2006).

In September 2018, Chaparro filed a "Motion for Extraordinary Relief," which the trial court denied in November 2018.[1]  Chaparro sought appellate review of the November 2018 order by filing both a direct appeal – which has been docketed as the instant case, No. A19A1643 – and an application for discretionary review, which we dismissed on the ground that Chaparro's September 2018 motion essentially sought to vacate or modify his judgment of conviction, which is not an appropriate remedy in a criminal case.  See *Chaparro v. State*, No. A19D0224 (Dec. 19, 2018); see also *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010); *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).

Because we rejected Chaparro's challenge to the trial court order sought to be appealed here in Case No. A19D0224, the current appeal is barred by the law of the case.  See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court . . . .") (punctuation omitted); accord *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007) (a ruling on an application for discretionary appeal

---

[1] Chaparro's September 2018 motion was not included in the current record on appeal.

acts as res judicata in later proceedings); see also *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a defendant "is not entitled to another bite at the apple by way of a second appeal"). Consequently, there is nothing for this Court to review in the instant appeal, which is hereby DISMISSED. See *Jackson*, 273 Ga. at 320; *Ross*, 310 Ga. App. at 327-328.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   04/10/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*